IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LUKE WHITSON, a minor, by and through his parents SAMUEL and TINA WHITSON<br><br>Plaintiffs,<br><br>v.<br><br>KNOX COUNTY BOARD OF EDUCATION, CHARLES LINDSEY, in his official capacity As Superintendent of Knox County Public School System, and CATHY SUMMA, Individually and in her official capacity as Principal of Karns Elementary School,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 3:05-cv-274<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

After a preliminary hearing on the plaintiff's Motion for a Preliminary Injunction and upon agreement by the parties, the Court enters the following agreed order:

1. Knox County contends that it has not in the past and shall not in the future have a policy or practice of monitoring or regulating the reading and/or discussion of children during recess, including the Bible or any other recognized religious text.

2. All other matters covered by the pleadings shall remain unchanged and the parties respectively reserve for future litigation all other matters covered by the Complaint or the Counter-Complaint in this case.

3. Counsel will report back to the Court the status of this matter on or before April 6, 2006.

ENTER: *Thomas H. Phillips*

APPROVED FOR ENTRY:

_____
CHARLES POPE
Counsel for Plaintiffs

_____
GARY M. PRINCE
Counsel for Cathy Summa

_____
MARTHA H. MCCAMPBELL
Counsel for Knox County Board
 of Education