UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

SAMUEL WHITSON, )
)
    Plaintiff, )
)
v. ) No. 3:05-CV-274
) (Phillips)
KNOX COUNTY BOARD OF EDUCATION, et al., )
)
    Defendants. )

## ORDER

This matter is before the court on various motions filed by the parties. The following action is taken:

1. Defendants' motion for sanctions against the Alliance Defense Fund and ADF counsel Nate Kellum for violation of LR 83.2 [Doc. 26] is **DENIED.**

2. Defendants' motion for a protective order [Doc. 48] is **DENIED.**

3. Defendant Cathy Summa's motion for protective order [Doc. 52] is **DENIED.**

4. Defendants' motion to strike news articles from the Knoxville News Sentinel dated May 13, 2005, and WATE and AP news article dated May 13, 2005 [Doc. 30] is **DENIED.**

5. Defendants' motion to strike plaintiff's opposition to motion to strike exhibits as untimely [Doc. 37] is **DENIED.**

6. Defendants' motion to strike the affidavits of D.S., Chad Sparks, Andy Webster, Stephanie Loveday, Tina Whitson and L.W. [Doc. 81] is **DENIED.**

7. Cathy Summa's motion to incorporate by reference Knox County Board of Education, Charles Lindsey and Cathy Summa, in their official capacities, motion to strike [Doc. 84] is **DENIED AS MOOT.**

**IT IS SO ORDERED.**

                                 **ENTER:**

                                 s/ Thomas W. Phillips
                               United States District Judge