UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| SAMUEL WHITSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CV-274 |
| | ) | (Phillips) |
| KNOX COUNTY BOARD OF EDUCATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

It appears to the court that this case should be **STAYED** pending the decision of the Sixth Circuit Court of Appeals on the interlocutory appeal of the court's denial of qualified immunity for defendants.

The trial currently scheduled to begin on October 16, 2005, as well as the final pretrial conference scheduled for October 6, 2005 are **CANCELLED.**

Plaintiff's motion for continuance of the trial date is **DENIED AS MOOT.**

**IT IS SO ORDERED.**

**ENTER:**

s/ Thomas W. Phillips
United States District Judge