# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| L.W., a minor, by and through his parents, ) <br> SAMUEL and TINA WHITSON, ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KNOX COUNTY BOARD OF EDUCATION, ) <br>     Defendant. ) | No. 3:05-CV-274 <br> Judge Phillips |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the plaintiffs' motion for judgment as a matter of law, or, in the alternative, for a new trial, The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the motion.

For the reasons stated in the memorandum opinion filed contemporaneously with this judgment, plaintiffs' motion for judgment as a matter of law or, alternatively, for a new trial is hereby **DENIED**, and the jury verdict is **AFFIRMED;**

Dated at Knoxville, Tennessee, this _____ day of September, 2010.

                                                    s/ Patricia L. McNutt
                                                    Clerk of Court